

# IN THE
# TENTH COURT OF APPEALS

## No. 10-24-00035-CV

## IN THE INTEREST OF M.R.T., A CHILD

**From the 414th District Court**
**McLennan County, Texas**
**Trial Court No. 2017-2164-5**

## MEMORANDUM  OPINION

Appellant's brief was originally due on April 6, 2024.  Appellant has been given several extensions of time to file her brief.  The Clerk of this Court notified the parties in a November 21, 2024 letter that the Appellant's brief was overdue in this cause and that the appeal may be dismissed if a response showing grounds for continuing the appeal was not filed within twenty-one days of the date of the letter.  A response was filed asserting that Appellant's brief would be filed on December 23, 2024.  Thereafter, we granted an extension to January 31, 2025 to file the brief.

Appellant's brief was filed on February 3, 2025. The brief does not comply with the Rules of Appellate Procedure in several respects. The deficiencies include, but are not limited to, the following: the brief was not signed by counsel for the appellant, did not contain a certificate of word count, and was not redacted to remove sensitive data. TEX. R. APP. P. 9.1(a), 9.4(i)(3), 9.9. The appellant's brief is stricken.

The appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

PER CURIAM

Before Chief Justice Johnson,
        Justice Smith, and
        Justice Harris
Dismissed
Opinion delivered and filed February 13, 2025
[CV06]

